NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Sourabh Mishra, State Bar No. 305185
smishra@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC<br>Plaintiff(s),<br>v.<br>Build-A-Bear Workshop, Inc.<br>Defendant(s) | CASE NUMBER:<br>2:24-cv-01169<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiffs   or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kelly Toys Holdings, LLC | Plaintiff |
| Kelly Amusement Holdings, LLC | Plaintiff |
| Jazwares, LLC | Plaintiff |
| Jazplus, LLC | Plaintiff |
| Jazwares Soft Creations, LLC | Partial owner of Kelly Toys Holdings, LLC |
| Alleghany Capital Corporation | Parent company of Jazwares, LLC |
| Alleghany Corporation | Parent company of Alleghany Capital Corporation |
| Berkshire Hathaway Inc. | Parent company of Alleghany Corporation |
| Build-A-Bear Workshop, Inc. | Defendant |

February 12, 2024
Date

/s/ Moez M. Kaba
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs