AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; JAZPLUS, LLC <br><br> *Plaintiff(s)* <br> v. <br> BUILD-A-BEAR WORKSHOP, INC. <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-01169 - JLS (MARx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Build-A-Bear Workshop, Inc.
415 18th Street, Suite 200
St. Louis, Missouri 63103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   HUESTON HENNIGAN LLP
Moez M. Kaba
Sourabh Mishra
523 West 6th Street, Suite 400
Los Angeles, CA 90014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/12/2024                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Build-A-Bear Workshop, Inc.__
was received by me on *(date)* __2/13/2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Arrius Blue__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Build-A-Bear Workshop, Inc.__ on *(date)* __2/13/2024__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/13/2024__

*Server's signature*

__Clayton Willis__
*Printed name and title*

__1031 Lami St., St. Louis, MO 63104__
*Server's address*

Additional information regarding attempted service, etc: