| | |
|---|---|
| 1 | HUESTON HENNIGAN LLP |
| 2 | Moez M. Kaba, State Bar No. 257456 |
|   | mkaba@hueston.com |
| 3 | Sourabh Mishra, State Bar No. 305185 |
| 4 | smishra@hueston.com |
|   | 523 West 6th Street, Suite 400 |
| 5 | Los Angeles, CA 90014 |
|   | Telephone: (213) 788-4340 |
| 6 | Facsimile: (888) 866-4825 |
| 7 | |
| 8 | *Attorneys for Plaintiffs Kelly Toys Holdings, LLC;* |
|   | *Jazwares, LLC; Kelly Amusement Holdings, LLC;* |
| 9 | *and Jazplus, LLC* |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-1169-JLS-MAR<br><br>**PROOF OF SERVICE OF INITIAL STANDING ORDER ON DEFENDANT AS REQUIRED BY THE STANDING ORDER** |

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 West 6th Street, Suite 400, Los Angeles, CA 90014.

On February 13, 2024, I served the foregoing document(s) described as:

**INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE JOSEPHINE L. STATON**

on the interested parties in this action as stated below:

| | |
|---|---|
| CSC-Agent<br>Build-A-Bear Workshop, Inc.<br>2710 Gateway Oaks Dr. Suite 150N,<br>Sacramento, CA, 95833 | Build-A-Bear Workshop, Inc.<br>415 18th Street, Suite 200<br>St. Louis, MO 63103 |

[X] (BY MAIL) By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 13, 2024, at Los Angeles, California.

Sonia Gaeta  
(Type or print name)                    (Signature)

- 2 -