BEN SUTER, CASB No. 107680
ben.suter@kyl.com
STACEY M. GARRETT, CASB No. 155319
stacey.garrett@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendant
BUILD-A-BEAR WORKSHOP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-01169-JLS-MAR<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[F.R.Civ.P. 7.1 and L.R. 7.1-1] |

TO THIS HONORABLE COURT OF RECORD AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 7.1-1, Defendant BUILD-A-BEAR WORKSHOP, INC., a Delaware Corporation ("Defendant"), makes the following disclosures:

**Corporate Disclosure Statement**. Build-A-Bear Workshop, Inc. is a nongovernmental, for-profit corporation that is publicly traded on the New York Stock Exchange under the symbol "BBW." Build-A-Bear Workshop, Inc. states that it has no parent entity, and there are no publicly held entities that have a 10% or more

KYL4876-7178-8455.1

ownership interest in Build-A-Bear Workshop, Inc.

**Notice of Interested Parties.**  The undersigned, counsel of record for Defendant Build-A-Bear Workshop, Inc., certifies that the following listed parties have or may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

| Name | Connection and Interest |
| --- | --- |
| Kelly Toys Holdings, LLC | Plaintiff |
| Jazwares, LLC | Plaintiff |
| Amusement Holdings, LLC | Plaintiff |
| Jazplus, LLC | Plaintiff |
| Build-A-Bear Workshop, Inc. | Defendant |

DATED:  February 22, 2024

/s/ Stacey M. Garrett
BEN SUTER
STACEY M. GARRETT
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
BUILD-A-BEAR WORKSHOP, INC.

KYL4876-7178-8455.1