**LEWIS RICE LLC**
Michael J. Hickey, applying *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, applying *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

**KEESAL, YOUNG & LOGAN**
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
(562) 436-2000
(562) 436-7416 (fax)

*Attorneys for Defendant Build-A-Bear Workshop, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-01169-JLS-MAR<br><br>**DECLARATION OF MICHAEL J. HICKEY IN SUPPORT OF BUILD-A-BEAR WORKSHOP, INC.'S MOTION TO DISMISS UNDER FRCP 12(b)(6)**<br><br>Date:   May 10, 2024<br>Time:   10:30 a.m.<br>Place:  Honorable Josephine L. Staton<br>            Courtroom 8A |

I, Michael J. Hickey, declare as follows:

1. My name is Michael J. Hickey. I am over twenty-one years of age. I am a partner with the law firm of Lewis Rice LLC and counsel of record for Defendant Build-A-Bear Workshop, Inc. ("Build-A-Bear") in the above-captioned matter. I have personal knowledge of the facts set forth below, and, if called upon as a witness, I could and would testify to such facts under oath.

2. I make this declaration in support of Defendant Build-A-Bear's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) in the above-captioned matter.

3. On February 27, 2024, counsel for Plaintiffs and counsel for Build-A-Bear conducted a conference pursuant to Local Rule 7-3.

4. On February 28, 2024, counsel for Plaintiffs sent a follow-up communication to counsel for Build-A-Bear via electronic mail.

5. During the February 27, 2024 conference and February 28, 2024 e-mail, counsel for Plaintiffs conceded: (1) Plaintiffs do not have federally registered trade dress rights or a pending trade dress application for the Squishmallows product line; (2) only Plaintiff Kelly Toys Holdings, LLC has standing to pursue Plaintiffs' Third Cause of Action; and (3) Plaintiffs' common law and California statutory unfair competition claims are preempted to the extent they are based on Plaintiffs' purported copyrighted works relied upon in their federal copyright claim.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March, 2024

By: */s/ Michael J. Hickey*

Michael J. Hickey, applying *Pro Hac Vice*

*Attorneys for Defendant Build-A-Bear Workshop, Inc.*