**LEWIS RICE LLC**
Michael J. Hickey, applying *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, applying *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

**KEESAL, YOUNG & LOGAN**
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
(562) 436-2000
(562) 436-7416 (fax)

*Attorneys for Defendant Build-A-Bear Workshop, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-01169-JLS-MAR<br><br>**[PROPOSED] ORDER GRANTING BUILD-A-BEAR WORKSHOP, INC.'S MOTION TO DISMISS**<br><br>Date:   May 10, 2024<br>Time:  10:30 a.m.<br>Place:  Honorable Josephine L. Staton<br>          Courtroom 8A |

1  The motion by Defendant Build-A-Bear Workshop, Inc. ("Build-A-Bear") to
2  dismiss Plaintiffs' Complaint in its entirety came on submission before the Honorable
3  Josephine L. Staton, United States District Court, Central District of California.
4  After full consideration of the papers filed in support and opposition to the
5  motion,
6  **IT IS HEREBY ORDERED THAT**, good cause appearing, Build-A-Bear's
7  Motion to Dismiss is GRANTED.  The Complaint is dismissed in its entirety, and
8  specifically with prejudice as to Plaintiffs' trade dress claims and unfair competition
9  claims to the extent based on trade dress.

Dated: _____        _____
                                           Honorable Josephine L. Staton
                                           United States District Judge