Ben Suter, CASB No. 017680
Stacey M. Garrett, CASB No. 155319
Keesal, Young & Logan
400 Oceangate, Suite 1400
Long Beach, California 90802

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-01169-JLS-MAR |
| v. | |
| Build-A-Bear Workshop, Inc. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Mackey, Philip J.
*Applicant's Name (Last Name, First Name & Middle Initial*

314-444-1343      314-612-1343
*Telephone Number    Fax Number*

pmackey@lewisrice.com
*E-Mail Address*

of Lewis Rice LLC
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Build-A-Bear Workshop, Inc.

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Garrett, Stacey M.
*Designee's Name (Last Name, First Name & Middle Initial*

155319         562-436-2000     562-436-7416
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

stacey.garrett@kyl.com
*E-Mail Address*

of Keesal, Young & Logan
400 Oceangate, Suite 1400
Long Beach, California 90802

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated:   3/6/24

/s/ District Judge Josephine L. Staton
**U.S. District Judge**