**LEWIS RICE LLC**
Michael J. Hickey, admitted *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, admitted *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

**KEESAL, YOUNG & LOGAN**
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
(562) 436-2000
(562) 436-7416 (fax)

*Attorneys for Defendant Build-A-Bear Workshop, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-01169-JLS-MAR<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT [ECF #21], WITHOUT PREJUDICE**<br><br>Date: May 10, 2024<br>Time: 10:30 a.m.<br>Place: Honorable Josephine L. Staton<br>Courtroom 8A |

TO THE HONORABLE JOSEPHINE L. STATON AND ALL PARTIES AND COUNSEL OF RECORD:

Please take Notice that on March 5, 2024, Defendant Build-A-Bear Workshop, Inc. filed a Motion to Dismiss the Complaint on file in this action. [ECF #21] The Motion had been noticed for a hearing date of May 10, 2024. On March 21, 2024, Plaintiffs filed a First Amended Complaint. [ECF #25] In light of Plaintiff's filing of the First Amended Complaint, Build-A-Bear Workshop, Inc. withdraws its Motion to Dismiss the original complaint [ECF #21], without prejudice to Build-A-Bear Workshop, Inc.'s right to file a subsequent motion to dismiss the First Amended Complaint.

Respectfully submitted,

DATED: April 3, 2024

**KEESAL, YOUNG & LOGAN**

By: */s/ Stacey M. Garrett*
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
(562) 436-2000
(562) 436-7416 (fax)

**LEWIS RICE LLC**
Michael J. Hickey, applying *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, applying *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

Attorneys for Defendant Build-A-Bear Workshop, Inc.