**LEWIS RICE LLC**
Michael J. Hickey, *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

**KEESAL, YOUNG & LOGAN**
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
(562) 436-2000
(562) 436-7416 (fax)

*Attorneys for Defendant Build-A-Bear Workshop, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-01169-JLS-MAR<br><br>**[PROPOSED] ORDER GRANTING BUILD-A-BEAR WORKSHOP, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**<br><br>Date: June 28, 2024<br>Time: 10:30 a.m.<br>Place: Honorable Josephine L. Staton<br>Courtroom 8A |

The motion by Defendant Build-A-Bear Workshop, Inc. ("Build-A-Bear") to dismiss Plaintiffs' Amended Complaint in its entirety came on submission before the Honorable Josephine L. Staton, United States District Court, Central District of California.

After full consideration of the papers filed in support and opposition to the motion,

**IT IS HEREBY ORDERED THAT**, good cause appearing, Build-A-Bear's Motion to Dismiss is GRANTED. The Complaint is dismissed in its entirety, and specifically with prejudice as to all claims and without leave to amend.

Dated: _____

_____
Honorable Josephine L. Staton
United States District Judge