UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA24CV01169-JLS (MARx) | Date | June 28, 2024 |
|---|---|---|---|
| Title | Kelly Toys Holdings, LLC. v. Build-A-Bear Workshops, Inc. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

<u>Charles A. Rojas</u>  
Deputy Clerk

Miriam Baird  
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

Moez Kaba  
Brittnee Bui

ATTORNEYS PRESENT FOR DEFENDANT:

Stacey Garrett  
Michael Hickey  
Philip MacKey

**PROCEEDINGS:** MOTION TO DISMISS [27]

The case is called and counsel state their appearance.   The motion hearing is held.

For the reasons stated on the record, the Court takes the motion under submission and a written order will issue.

__:_.25_

Initials of Clerk: <u>cr</u>