# EXHIBIT A

EXHIBIT A
PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: *Kelly Toys Holdings LLC, et al. v. Build-A-Bear Workshop, Inc.*
CASE NO: 2:24-cv-01169-JLS-MAR

| Matter | Deadline | Plaintiffs' Request | Defendant's Request |
|---|---|---|---|
| Last Day to File Motions to Add Parties and Amend Pleadings | Scheduling Conference Date plus 8 weeks | December 6, 2024 | December 6, 2024 |
| Fact Discovery Cut-Off | Depending on case complexity, generally a Friday between 6-9 months after the Scheduling Conference | May 23, 2025 | May 23, 2025 |
| Last Day to Serve Initial Expert Reports | 2 weeks after Fact Discovery Cut-Off | June 6, 2025 | June 6, 2025 |
| Last Day to File Motions (except *Daubert* and all other Motions in Limine) | 2 weeks after Fact Discovery Cut-Off | June 20, 2025 | June 20, 2025 |
| Last Day to Serve Rebuttal Expert Reports | 6 weeks after Fact Discovery Cut-Off | July 7, 2025 | July 7, 2025 |
| Last Day to Conduct Settlement Proceedings | 9 weeks after Fact Discovery Cut-Off | July 25, 2025 | July 25, 2025 |
| Expert Discovery Cut-Off | 10 weeks after Fact Discovery Cut-Off | August 1, 2025 | August 1, 2025 |
| Last Day to File *Daubert* Motions: | 1 week after Expert Discovery Cut-Off | August 7, 2025 | August 7, 2025 |
| Last Day to File Motions in Limine: | 4 weeks before the FPTC | September 26, 2025 | September 26, 2025 |
| Final Pre-Trial Conference **(Friday at 10:30 a.m.)** | 22 weeks after Fact Discovery Cut-Off | October 24, 2025 | October 24, 2025 |