UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-01169-JLS-MAR                                                   Date: October 1, 2024
Title: Kelly Toys Holdings, LLC et al v. Build-A-Bear Workshop, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Derek Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) SCHEDULING ORDER**

On the Court's own motion, the Scheduling Conference set for hearing Friday, October 11, 2024 is VACATED and the following schedule is set.

Counsel's attention is directed to the Court's Civil Trial Order filed concurrently with this Minute Order. Generally, motions should, at the time of filing, be noticed for hearing on the Court's first available motions hearing date. (*See* http://www.cacd.uscourts.gov/honorable-josephine-l-staton) (showing closed civil motions hearing dates); *see also* Local Rules 7-9 & -10 (deadlines for opposition and reply briefs).)

To conform with the Court's presumptive schedule, the schedule set forth below may have been adjusted from that proposed by the parties. (*See* Order Setting Scheduling Conference at 2.) The Court has accommodated the parties' request to extend the deadline for the filing of dispositive motions to allow them to use their opening expert reports in those motions. (*See* ECF 43 at 11-12 (requesting July 25, 2025 as a dispositive motions deadline).) Because of the extension of the dispositive motions deadline, the Court has also adjusted the date for the final pretrial conference.

These dates and deadlines will not be continued except upon a showing of good cause, which generally requires unforeseeable circumstances. *See* Fed. R. Civ. P. 16(b)(4). Failure to conduct discovery diligently or a desire to engage in settlement discussions will not constitute good cause.

The Court will set a trial date and an exhibit conference date at the Final Pretrial Conference. The parties are directed to confer before the Final Pretrial Conference and to identify in the Proposed Final Pretrial Conference Order mutually agreeable trial dates within the 90 days following the Final Pretrial Conference. Where the Court's trial calendar permits, the Court will set the trial for a date agreed upon by the parties.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-01169-JLS-MAR                              Date: October 1, 2024
Title: Kelly Toys Holdings, LLC et al v. Build-A-Bear Workshop, Inc.

| | |
|---|---:|
| Last Day to File a Motion to Add Parties or Amend Pleadings: | **December 6, 2024** |
| Fact Discovery Cutoff: | **May 23, 2025** |
| Last Day to Serve Initial Expert Reports: | **June 6, 2025** |
| Last Day to Serve Rebuttal Expert Reports: | **July 7, 2025** |
| Last Day to Conduct Settlement Proceedings: | **July 25, 2025** |
| Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine): | **July 25, 2025** |
| Expert Discovery Cutoff: | **August 1, 2025** |
| Last Day to File Daubert Motions: | **August 8, 2025** |
| Last Day to File Motions in Limine | **November 14, 2025** |
| Final Pretrial Conference (10:30 a.m.): | **December 12, 2025** |
| Preliminary Trial Estimate:[1] | **10 to 14 days** |

Initials of Deputy Clerk:  dd

---

[1] This is the parties' estimate.  The Court may allot fewer days for trial.