Arianna M. Demas (NY SBN 5759667)
HUESTON HENNIGAN LLP
1 Little West 12th St., Second Floor
New York, NY 10014-1324

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| KELLY TOYS HOLDINGS, LLC et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-01169-JLS-MARx |
| v. | |
| BUILD-A-BEAR WORKSHOP, INC. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Demas, Arianna M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(646) 930-4046    (888) 866-4825
*Telephone Number*    *Fax Number*

ADemas@hueston.com
*E-Mail Address*

of

HUESTON HENNIGAN LLP
1 Little West 12th St., Second Floor
New York, NY 10014-1324

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Sourabh Mishra
*Designee's Name (Last Name, First Name & Middle Initial)*

305185    (213) 788-4340    (888) 866-4825
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

SMishra@hueston.com
*E-Mail Address*

of

HUESTON HENNIGAN LLP
523 West 6th St., Suite 400
Los Angeles, CA 90014

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**