**LEWIS RICE LLC**
Michael J. Hickey, admitted *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, admitted *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

**KEESAL, YOUNG & LOGAN**
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
The Waterfront at Catalina Landing
310 Golden Shore, Suite 400
Long Beach, CA 90802
(562) 436-2000
(562) 436-7416 (fax)

*Attorneys for Defendant/Counterclaim-Plaintiff, Build-A-Bear Workshop, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-01169-JLS-MAR<br><br>**MOTION FOR INFORMAL DISCOVERY CONFERENCE AND NOTICE OF FILING OF JOINT STIPULATION RE DISCOVERY DISPUTE PER L.R. 37-2 AND OF HEARING DATE PER L.R. 37-3**<br><br>Date: April 2, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 790<br>Before the Honorable Margo A. Rocconi<br><br>Fact Discovery Cut-Off: May 23, 2025<br>Pre-Trial Conference: Dec. 12, 2025<br>Trial Date: None |

**TO PLAINTIFFS AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** (i) pursuant to Local Rule 37-2 and the Joint

Stipulation filed concurrently herewith, Defendant BUILD-A-BEAR WORKSHOP, INC. ("Defendant") and Plaintiffs KELLY TOYS HOLDINGS, LLC; JAZWARES, LLC; KELLY AMUSEMENT HOLDINGS, LLC; and JAZPLUS, LLC ("Plaintiffs") have met in good faith pursuant to Local Rule 37-1 and have been unable to resolve their differences in regard to the matters set forth in the Joint Stipulation, and (ii) pursuant to Local Rule 37-3, Defendant hereby moves for an Informal Discovery Conference and sets the disputed matters in the Joint Stipulation for hearing on **April 2, 2025 at 11:00 a.m.** or as soon thereafter as the matter can be heard before the Honorable Margo A. Rocconi in Courtroom 790 of the United District Court, Central District of California, located at 255 E. Temple Street, Los Angeles, California 90012.

DATED: March 11, 2025

**KEESAL, YOUNG & LOGAN**

By: */s/ Ben Stecher*
Ben Suter, CASB No. 107680
ben.suter@kyl.com
Stacey M. Garrett, CASB No. 155319
stacey.garrett@kyl.com
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California 90802
(562) 436-2000
(562) 436-7416 (fax)

**LEWIS RICE LLC**
Michael J. Hickey, applying *Pro Hac Vice*
mhickey@lewisrice.com
Philip J. Mackey, applying *Pro Hac Vice*
pmackey@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7630
(314) 612-7630 (fax)

Attorneys for Defendant/Counterclaim-Plaintiff, Build-A-Bear Workshop, Inc.

KYL4898-9038-2631.1