# EXHIBIT A

Case 2:24-cv-01169-JLS-MAR     Document 59-2     Filed 04/01/25     Page 1 of 3   Page ID
#:2717

| Date | Biller | Description of Work | Hours | Category of Task |
|---|---|---|---|---|
| 3/5/2025 | Mishra, Sourabh | ANALYZE BUILD-A-BEAR'S POSITIONS IN DRAFT MOTION TO COMPEL AND OUTLINE RESPONSES | 0.8 | Motion to Compel Briefing |
| 3/10/2025 | Mishra, Sourabh | DRAFT PLAINTIFFS' SECTIONS OF JOINT STIPULATION, INCLUDING RESPONSES RELATING TO RELEVANCE | 2.3 | Motion to Compel Briefing |
| 3/11/2025 | Mishra, Sourabh | COMPLETE AND FINALIZE SECTIONS OF JOINT STIPULATION RE MOTION TO COMPEL TO SEND TO OPPOSING COUNSEL (3.4); DRAFT AND FINALIZE DECLARATION TO SEND TO OPPOSING COUNSEL (0.8) | 4.2 | Motion to Compel Briefing |
| 3/11/2025 | Munoz, Amber | DRAFT AND REVISE RESPONSE TO MEET AND CONFER JOINT STIPULATION | 1.2 | Motion to Compel Briefing |
| 3/11/2025 | Todisco, Michael H. | REVISE JAZWARES POSITION ON DISCOVERY DISPUTE FOR JOINT STATEMENT | 0.7 | Motion to Compel Briefing |
| 3/12/2025 | Mishra, Sourabh | CORRESPONDENCE WITH OPPOSING COUNSEL RE FILING OF JOINT STIPULATION | 0.1 | Motion to Compel Briefing |
| 3/20/2025 | Mishra, Sourabh | ANALYZE BUILD-A-BEAR'S SUPPLEMENTAL MEMORANDUM RE MOTION TO COMPEL IN | 0.3 | Motion to Compel Briefing |

| Date | Biller | Description of Work | Hours | Category of Task |
|---|---|---|---|---|
| | | ADVANCE OF ARGUMENT AT HEARING | | |
| 4/1/2025 | Munoz, Amber | REVIEW AND ANALYZE PRECEDENT FOR USE IN FEES APPLICATION. | 0.6 | Fees Briefing |
| 4/1/2025 | Munoz, Amber | REVIEW AND ANALYZE DOCUMENTS SUMMARIZING FEES FOR USE IN FEES APPLICATION. | 0.5 | Fees Briefing |
| 4/1/2025 | Munoz, Amber | DRAFT AND REVISE BRIEFING AND SUPPORTING MATERIALS RE FEES APPLICATION PER COURT ORDER. | 1.4 | Fees Briefing |
| 4/1/2025 | Mishra, Sourabh | DRAFT BRIEF AND SUPPORTING MATERIALS FOR FEES BRIEF RE BUILD-A-BEAR'S MOTION TO COMPEL | 1.3 | Fees Briefing |