LEWIS RICE LLC
Michael J. Hickey, Pro Hac Vice
mhickey@lewisrice.com
Philip J. Mackey, Pro Hac Vice
pmackey@lewisrice.com
Michael L. Jente, Pro Hac Vice
mjente@lewisrice.com
Edward T. Pivin, Pro Hac Vice
epivin@lewisrice.com
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7630
Facsimile: (314) 612-7630

KEESAL, YOUNG & LOGAN
Ben Suter, CASB No. 107680
ben.suter@kyl.com
310 Golden Shore, Suite 400 Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendant/Counterclaim Plaintiff Build-A-Bear Workshop, Inc.

HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Sourabh Mishra, State Bar No. 305185
smishra@hueston.com
Amber Munoz, State Bar No. 328643
amunoz@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 866-4825

Attorneys for Plaintiffs/Counterclaim Defendants Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, JAZWARES, LLC, KELLY AMUSEMENT HOLDINGS, LLC, and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-1169-JLS (MARx)<br><br>**JOINT STIPULATION TO CONTINUE DEADLINES FOR THE LAST DAY TO FILE MOTIONS AND LAST DAY TO FILE *DAUBERT* MOTIONS** |

1   Plaintiffs/Counterclaim Defendants Kelly Toys Holdings, LLC, Jazwares, LLC, Kelly Amusement Holdings, LLC, and Jazplus, LLC (collectively, "Plaintiffs") and Defendant/Counterclaim Plaintiff Build-A-Bear Workshop, Inc. ("Defendant" and, together with Plaintiffs, the "Parties") submit this joint stipulation to respectfully request, for good cause shown, that the Court continue the deadlines in the operative scheduling order (ECF 44) for the "Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine)" from July 25, 2025, to August 27, 2025, and the "Last Day to File Daubert Motions" from August 8, 2025, to August 27, 2025.

Good cause exists to grant the requested continuance. *See* Fed. R. Civ. P. 16(b)(4). The Parties are working diligently to streamline the substantive issues in this case for the Court's benefit and to conserve their resources. As part of the Court's collaborative summary judgment process, the Parties are working to narrow the issues to be presented to the Court in Defendant's forthcoming motion for summary judgment. The Parties are also working to narrow the issues that may be raised in *Daubert* motions. A brief continuance of the summary judgment and *Daubert* deadlines would likely result in fewer matters requiring Court intervention. Moreover, scheduling conflicts and limitations among counsel for the Parties as well as the press of other matters have further complicated the preparation and finalization of summary judgment and *Daubert* motions.

For these reasons, the requested continuance is reasonable. The pretrial conference is not scheduled until December 12, 2025, and a trial date has not yet been set but will likely occur sometime in the January to March 2026 timeframe. The brief extensions sought will not disrupt the prompt disposition of this case and instead will facilitate the same.

Accordingly, the Parties respectfully request that:

1.  The Court continue the Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine) from July 25, 2025, to August 27, 2025.

2.  The Court continue the Last Date to File *Daubert* Motions from August

8, 2025, to August 27, 2025.

The parties submit a proposed order implementing the above requests.

Respectfully submitted,

Dated: July 15, 2025

LEWIS RICE LLC[1]

By: */s/ Michael L. Jente*
    Michael J. Hickey, Pro Hac Vice
    mhickey@lewisrice.com
    Philip J. Mackey, Pro Hac Vice
    pmackey@lewisrice.com
    Michael L. Jente, Pro Hac Vice
    mjente@lewisrice.com
    Edward T. Pivin, Pro Hac Vice
    epivin@lewisrice.com
    600 Washington Avenue, Suite 2500
    St. Louis, Missouri 63101
    Telephone: (314) 444-7630
    Facsimile: (314) 612-7630

Attorneys for Defendant

HUESTON HENNIGAN LLP

By: */s/ Sourabh Mishra*
    Moez M. Kaba, State Bar No. 257456
     mkaba@hueston.com
    Sourabh Mishra, State Bar No. 305185
     smishra@hueston.com
    Amber Munoz, State Bar No. 328643
     amunoz@hueston.com
    523 West 6th Street, Suite 400
    Los Angeles, CA 90014
    Telephone:   (213) 788-4340
    Facsimile:    (888) 775-0898

Attorneys for Plaintiffs

---

[1]Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories concur in the filing's content and have authorized the filing.