UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, JAZWARES, LLC, KELLY AMUSEMENT HOLDINGS, LLC, and JAZPLUS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>Defendant. | Case No. 2:24-cv-1169-JLS-MAR<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINES FOR THE LAST DAY TO FILE MOTIONS AND LAST DAY TO FILE *DAUBERT* MOTIONS (Doc. 71)** |

Having reviewed the parties' Joint Stipulation to Continue Deadlines for the Last Day to File Motions and Last Day to File *Daubert* Motions (Doc. 71), and finding good cause therein, the Court GRANTS the Stipulation and ORDERS as follows:

1. The Last Day to File Motions (Excluding *Daubert* Motions and all other Motions in Limine) shall be continued to **August 27, 2025**.

2. The Last Day to File Daubert Motions shall be continued to **August 27, 2025**.

3. All other dates in the Court's Scheduling Order (Doc. 44) remain in effect.

Dated: July 16, 2025

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE