| | |
|---|---|
| LEWIS RICE LLC<br>Michael J. Hickey, Pro Hac Vice<br>mhickey@lewisrice.com<br>Philip J. Mackey, Pro Hac Vice<br>pmackey@lewisrice.com<br>600 Washington Avenue, Suite 2500<br>St. Louis, Missouri 63101<br>Telephone: (314) 444-7630<br>Facsimile: (314) 612-7630 | HUESTON HENNIGAN LLP<br>Moez M. Kaba, State Bar No. 257456<br>mkaba@hueston.com<br>Sourabh Mishra, State Bar No. 305185<br>smishra@hueston.com<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>Facsimile: (888) 866-4825 |
| KEESAL, YOUNG & LOGAN<br>Ben Suter, CASB No. 107680<br>ben.suter@kyl.com<br>Stacey M. Garrett, CASB No. 155319<br>stacey.garrett@kyl.com<br>310 Golden Shore, Suite 400 Long Beach, California 90802<br>Telephone: (562) 436-2000<br>Facsimile: (562) 436-7416 | Attorneys for Plaintiffs/Counterclaim Defendants Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC. |

Attorneys for Defendant/Counterclaim Plaintiff Build-A-Bear Workshop, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, JAZWARES, LLC, KELLY AMUSEMENT HOLDINGS, LLC, and JAZPLUS, LLC,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    vs.<br><br>BUILD-A-BEAR WORKSHOP, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 2:24-cv-1169-JLS (MARx)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**<br><br>Fact Discovery Cut-Off: May 23, 2025<br><br>Pre-Trial Conference: December 12, 2025<br><br>Trial Date: None |

Plaintiffs/Counterclaim Defendants Kelly Toys Holdings, LLC, Jazwares, LLC, Kelly Amusement Holdings, LLC, and Jazplus, LLC (collectively, "Plaintiffs"), and Defendant/Counterclaim Plaintiff Build-A-Bear Workshop, Inc. (together with Plaintiffs, the "Parties"), by and through counsel of record, being all current parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure to dismiss this entire action, including all of their respective claims, including any counterclaims, with prejudice.

Each party shall bear its own costs, expenses, and fees.

Dated: August 22, 2025

HUESTON HENNIGAN LLP

By: /s/ Moez M. Kaba
Moez M. Kaba
mkaba@hueston.com
Sourabh Mishra
smishra@hueston.com

Attorneys for Plaintiffs/Counterclaim Defendants Kelly Toys Holdings, LLC; Jazwares, LLC; Kelly Amusement Holdings, LLC; and Jazplus, LLC

LEWIS RICE LLC

By: /s/ Michael J. Hickey
Michael J. Hickey, Pro Hac Vice
mhickey@lewisrice.com
Philip J. Mackey, Pro Hac Vice
pmackey@lewisrice.com

Attorneys for Defendant/Counterclaim Plaintiff Build-A-Bear Workshop, Inc.