JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, JAZWARES, LLC, KELLY AMUSEMENT HOLDINGS, LLC, and JAZPLUS, LLC, | Case No. 2:24-cv-1169-JLS (MARx) |
| Plaintiffs/Counterclaim Defendants, | **ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)  [73]** |
| vs. | |
| BUILD-A-BEAR WORKSHOP, INC., | |
| Defendant/Counterclaim Plaintiff. | |

- 1 -

1    THIS CAUSE came before the Court upon Plaintiffs/Counterclaim Defendants

2  Kelly Toys Holdings, LLC, Jazwares, LLC, Kelly Amusement Holdings, LLC, and

3  Jazplus, LLC's (collectively, "Plaintiffs"), and Defendant/Counterclaim Plaintiff

4  Build-A-Bear Workshop, Inc.'s (together with Plaintiffs, the "Parties"), Joint

5  Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure

6  41(a) (the "Stipulation"), and it:

7    APPEARING THAT the Parties have jointly stipulated to dismiss this entire

8  action, including all of their respective claims, including any counterclaims, with

9  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

10    Having considered the Stipulation, the Court ACKNOWLEDGES and

11  ACCEPTS that all claims by and between the Parties in the above-captioned case are

12  DISMISSED WITH PREJUDICE. The parties are to bear their own costs, fees, and

13  expenses.

14    The Clerk of Court is directed to CLOSE the above-captioned case.

15

16    **IT IS SO ORDERED.**

17

18   Dated:  August 22, 2025

Josephine L. Staton

19                                          Honorable Josephine L. Stanton
                                            UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28

- 2 -